## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CARDIOVASCULAR AND,
THORACIC SURGEONS, INC.,
     Plaintiff,

-vs-

ST. ELIZABETH MEDICAL
CENTER, INC., aka St. Elizabeth
Medical Center and St. Elizabeth
Healthcare,

     Defendant.

Case No. 1:10-CV-846

Judge Timothy S. Black

_____

## JUDGMENT IN A CIVIL CASE
_____

[  ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment (Docs. 52,53) were **GRANTED IN PART and DENIED in PART** by Order dated September 11, 2012 (Doc. 63); that subsequent to additional briefing, the Court **GRANTED** summary judgment on all remaining claims. The Court **ORDERED** Defendant to pay Plaintiff the sum of $107,565.23, plus prejudgment interest at 8% simple interest per annum for the period of October 1, 2008 through March 9, 2009, from when due until paid; and this case is **CLOSED.**

Date: November 30, 2012

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk