# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CARDIOVASCULAR AND, THORACIC SURGEONS, INC., <br> Plaintiff, <br><br> -vs- <br><br> ST. ELIZABETH MEDICAL CENTER, INC., aka St. Elizabeth Medical Center and St. Elizabeth Healthcare, <br><br> Defendant. | Case No. 1:10-CV-846 <br><br> Judge Timothy S. Black |

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment (Docs. 52,53) were **GRANTED IN PART and DENIED in PART** by Order dated September 11, 2012 (Doc. 63); that subsequent to additional briefing, the Court **GRANTED** summary judgment on all remaining claims. The Court **ORDERED** Defendant to pay Plaintiff the sum of $107,565.23, plus prejudgment interest at 8% simple interest per annum for the period of October 1, 2008 through March 9, 2009, from when due until paid; and this case is **CLOSED.**

Date: November 30, 2012                                    **JOHN P. HEHMAN, CLERK**

                                                           By: *s/ M. Rogers*
                                                           Deputy Clerk