# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

CARDIOVASCULAR AND         Case No.  1:10-CV-846
THORCIC SURGEONS, INC.,

    Plaintiff,

                                          Judge Timothy S. Black

-vs-

ST. ELIZABETH MEDICAL CENTER,
INC., aka St. Elizabeth Medical Center
And St. Elizabeth Healthcare,

    Defendant.

_____

## CORRECTED JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the joint Motion to Correct the Order granting Summary Judgment (Doc. 69) and Clerk's Judgment (Doc. 70) is GRANTED; St. Elizabeth Medical Center, Inc. shall pay Cardiovascular and Thoracic Surgeons, Inc. the sum of $129,076.04, plus prejudgment interest at 8% simple interest per annum from when due until paid; and the case is **CLOSED** from the docket of the Court.

Date: December 10, 2012                                      **JOHN P. HEHMAN, CLERK**

                                                                  By: *s/ M. Rogers*
                                                                   Deputy Clerk